**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AARON MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 CV 2438 |
| | ) | |
| WINWOOD HEALTH, LLC, and | ) | Judge Lefkow |
| ERIC COOPER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Aaron Morales, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this case with prejudice, with each party to bear its own costs and attorneys' fees.

/s/ David E. Stevens

David E. Stevens, Esq.
CONSUMER LAW GROUP, LLC
6232 N. Pulaski Road, Suite 200
Chicago, IL 60646
dstevens@yourclg.com
Attorney for Plaintiff